RECEIVED

JAN 10 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN ALLEN HALL | CIVIL ACTION NO. 6:10-cv-1306 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| RONALD DAUTERIVE, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief might be granted, and for seeking relief against defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. 1915(e)(2)(B)(i), (ii), and (iii).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 10 day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE